ACCEPTED
12-15-00146-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/9/2015 2:53:10 PM
Pam Estes
CLERK

CAUSE NO. 12-15-00146-CR

| | | |
|---|---|---|
| BRITTANY MICHELLE BARRETT | § | IN THE |
| VS. | § | TWELFTH COURT |
| THE STATE OF TEXAS | § | OF APPEALS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/9/2015 2:53:10 PM
PAM ESTES
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S PRO SE BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's pro se brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 114th Judicial District Court of Smith County, Texas.

2. The case below was styled State v. Brittany Michelle Barrett and numbered 114-0874-12.

3. Appellant was convicted of Aggravated Assault with a Deadly Weapon.

4. Appellant was assessed a sentence of fifteen (15) years confinement in the Texas Department of Criminal Justine - Institutional Division

5. Notice of Appeal was given on June 2, 2015.

6. The Clerk's Record was filed on June 3, 2015 and supplemented on June 5, 2015; the Reporter's Record was filed on July 24, 2015.

7. The Appellant's Brief was filed on September 22, 2015. Appellant requests the Court an extension of ninety (90) days. Appellant requests an extension of time due to the following facts and circumstances.

   A. The Appellant's record was first made available to the Appellant on October 26, 2015.

   B. The Appellant is unable to meet the deadline for the following reasons:

      1) limited access to the law library to a few hours a day,

      2) limited legal knowledge thereby slowing down research, and

3) that she just received notice about Anders Brief on October 26, 2015.

8. Appellant requests an extension of time due to the above referenced facts and circumstances.

9. Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief for a period of ninety (90) days, and for such other and further relief as the Court may deem appropriate.

10. This Motion is being filed by counsel in accordance with communication received from Ms. Barrett following her motion to extend time being found deficient due to a failure to include a certificate of service.

Respectfully submitted,

Law Office of James W. Huggler, Jr.
100 E. Ferguson, Suite 805
Tyler, Texas 75702
Tel: (903) 593-2400
Fax: (903) 593-3830

By: /S/ James W. Huggler, Jr.
James W. Huggler, Jr.
State Bar No. 00795437
Attorney for Appellant

CERTIFICATE OF SERVICE

This is to certify that on November 9, 2015, 2015, a true and correct copy of the above and foregoing document was served on Michael West, Smith County District Attorney's Office, 100 North Broadway, Tyler, Texas 75702, by regular mail, fax, hand delivery, or electronic filing.

/S/ James W. Huggler, Jr.
James W. Huggler, Jr.